| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cosbey, Roger B. | 2. Court or Organization<br><br>United States District Court, Northern District of Indiana | 3. Date of Report<br><br>04/02/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (full time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

7. Chambers or Office Address

1130 E Ross Adair Federal Building
1300 S. Harrison Street
Fort Wayne, IN 46802

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Successor Trustee | Trust #2 |
| 2. | President and Director | Friends of the Lincoln Collection of Indiana, Inc. |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 04/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Judge's Retirement System, Indiana Public Employee Retirement Fund - State Court Judge's Pension | $29,121.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Indiana State Teachers' Retirement Fund - ▆▆▆ Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Liberty Fund, Inc. | 3/8/2012 - 3/11/2012 | Cincinnati, OH | "Liberty and Responsibility in the American Anti-Slavery Movement" Conference | Transportation, meals, hotel |
| 2. | Intellectual Property Law Association of Chicago | 11/2/2012 | Chicago, IL | Conference | Meal, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 04/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | D | Dividend | M | T | | | | | |
| 2. Fidelity Contra Fund | | | | | | | | | |
| 3. Fidelity Growth Fund | | | | | | | | | |
| 4. Fidelity Freedom 2020 Fund | | | | | Buy (add'l) | 2/9/2012 | K | | From #10 Below |
| 5. IRA #2 | A | Dividend | L | T | | | | | |
| 6. Fidelity Contra Fund | | | | | | | | | |
| 7. Fidelity Int'l Discovery | | | | | | | | | |
| 8. Fidelity Value | | | | | | | | | |
| 9. Fifth Third Bank | A | Interest | J | T | | | | | |
| 10. Met Life Variable Annuity | | None | | | Closed | 1/30/12 | K | | Rolled into IRA #1 |
| 11. LEHBNDX - MDCPIND | | | | | | | | | |
| 12. MS,EAFE,RUS IND STK IND | | | | | | | | | |
| 13. FIA Card Svcs. - Money Market | | | | | | | | | |
| 14. Bank of America Money Market | | | | | | | | | |
| 15. TRUST #2 (line below) | A | Interest | | | Closed | 10/22/12 | J | | |
| 16. - Merrill Lynch CMA Money Fund | A | Interest | | | | | | | |
| 17. Allstate Life Ins. Co. Annuity | E | Distribution | | | Closed | 10/15/12 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #1 (lines 19-58 below) | | | | | | | | | |
| 19. - Apple Inc Common Stock | B | Dividend | M | T | Buy (add'l) | 11/7/12 | L | | |
| 20. - AT&T Inc Common Stock | B | Dividend | | | Sold | 10/26/12 | J | B | |
| 21. - BP Common Stock | B | Dividend | K | T | | | | | |
| 22. - CSCO Common Stock | A | Dividend | J | T | | | | | |
| 23. - Citigroup Common Stock | A | Dividend | J | T | | | | | |
| 24. - CMCSA Common Stock | A | Dividend | | | Sold | 10/26/12 | J | D | |
| 25. - EXC Common Stock | B | Dividend | K | T | | | | | |
| 26. - XOM Common Stock | B | Dividend | L | T | | | | | |
| 27. - NEE Common Stock (Formerly known as FPL) | A | Dividend | J | T | | | | | |
| 28. - GE Common Stock | A | Dividend | K | T | | | | | |
| 29. - VOD Common Stock (X) | A | Dividend | J | T | Buy | 4/15/12 | J | | |
| 30. - HON Common Stock | A | Dividend | J | T | | | | | |
| 31. - MSFT Common Stock | A | Dividend | K | T | | | | | |
| 32. - NWS Common Stock | A | Dividend | J | T | | | | | |
| 33. - NVS Common Stock | A | Dividend | | | Sold | 10/26/12 | J | B | |
| 34. - PG Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - RCL Common Stock | A | Dividend | J | T | | | | | |
| 36. - ABT Common Stock | A | Dividend | K | T | | | | | |
| 37. - BAX Common Stock | A | Dividend | J | T | | | | | |
| 38. - PFE Common Stock | A | Dividend | K | T | | | | | |
| 39. - ElementsRograGtr | | None | J | T | | | | | |
| 40. - American Funds Cap. World Growth Income Fund | A | Dividend | J | T | | | | | |
| 41. - Columbia Tax Exempt Fund | C | Dividend | L | T | | | | | |
| 42. - Eaton Vance Muns. Tr. Nat. Muns. Fd. | B | Dividend | K | T | | | | | |
| 43. - American Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 44. - Franklin High Yeld Tax Free Inc. Fund | A | Dividend | L | T | Buy (add'l) | 11/14/12 | K | | |
| 45. - Franklin FL Tax FreeIncome Fund | C | Dividend | L | T | | | | | |
| 46. - American Investment Co. of America CLA | B | Dividend | | | Sold | 10/26/12 | L | | |
| 47. - MFS FLA Mun. Bond Fund | B | Dividend | K | T | | | | | |
| 48. - American Funds New World Fund | A | Dividend | J | T | | | | | |
| 49. - American Washington Mut. Investors Fund | B | Dividend | L | T | | | | | |
| 50. - ING Group NV Preferred Stock | A | Dividend | J | T | | | | | |
| 51. - Indiana Health EDL Financing Auth Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 04/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Nuveen High Yield Muni Bond Fund | B | Interest | K | T | | | | | |
| 53. - Oppenheimer AMT Free Muni. Fund | B | Interest | K | T | | | | | |
| 54. - Indiana State Fin Auth. Revenue Bond | A | Interest | J | T | | | | | |
| 55. - Nuveen New York Div. Adv. Munic Bond | A | Dividend | J | T | | | | | |
| 56. - Lord Abbett Short Dur. Tax Free Fund | A | Interest | K | T | | | | | |
| 57. - Lord Abbett Intermed. Tax Free Fund | A | Interest | J | T | | | | | |
| 58. - Nuveen MD Prem Income Muni Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 04/02/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Sec. VII, Line 10 - The annuity was purchased each month through May, 2011 via payroll deduction. No further purchases occurred after that time due to retirement. The annuity was rolled into IRA #1 very early in 2012 and no income was received during the reporting period.

Sec. VII, Line 15 - Trust #2 was for the benefit of one beneficiary; I was the trustee. The trust was closed on 10/22/2012, and the proceeds were distributed to the beneficiary in accordance with the trust's terms. This asset will not appear in future reports and my position as successor trustee (Section I, Line 1) will also no longer appear. Throughout 2012, the trust was only invested in a CMA money fund.

Sec. VII, Line 17 - Upon the death of the owner and annuitant of this Allstate Life Insurance Company variable annuity on December 10, 2006, I became the owner and sole beneficiary. The annuity death proceeds began in October, 2007 and were paid out over 5 years. Column B1 reflects the income received in 2013. The annuity has totally paid out as of October 2012, and had no value at the end of the reporting period. The annuity will no longer appear in future reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Cosbey, Roger B. | 04/02/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Roger B. Cosbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544